UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEFFRY J. GREGORY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-211 RLY/WTL |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
|     Defendant. | ) | |

**FINAL JUDGMENT ENTRY**

For the reasons outlined in the Entry on Judicial Review entered this date, the final decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

Entered: March 29, 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:
Thomas E. Kieper
OFFICE OF THE UNITED STATES ATTORNEY
tom.kieper@usdoj.gov

Patrick Harold Mulvany
mulvany@onet.net